**Scott W. HAUS, Respondent (C6–92–1109, CX–92–1128),**

**v.**

**MINNESOTA REBAR and St. Paul Fire & Marine Insurance Co., Relators (C6–92–1109), Respondents (CX–92–1128),**

**and**

**Interstate Rehabilitation Center and Employers Insurance of Wausau, Respondents (C6–92–1109), Relators (CX–92–1128),**

**and**

**Minnesota Department of Jobs and Training/DRS, intervenor, Respondent (C6–92–1109, CX–92–1128),**

**Minnesota Department of Jobs and Training/UI, intervenor, Respondent (C6–92–1109, CX–92–1128),**

**and**

**Special Compensation Fund, Respondent (C6–92–1109, CX–92–1128),**

**and**

**John R. STEIN, Respondent (C1–92–1891),**

**v.**

**JOHNSON BLOCK & READY MIX and CNA Insurance Company, Relators (C1–92–1891).**

**Nos. C6–92–1109, CX–92–1128 and C1–92–1891.**

Supreme Court of Minnesota.

March 12, 1993.

Frederick E. Kaiser, Mounds View, for Scott W. Haus.

Gilmore, Aafedt, Forde, Anderson & Gray, P.A., Jay T. Hartman, Minneapolis, for Minnesota Rebar.

Larsen, Heck & Klimek, Thomas V. McGuire, Minneapolis, for Interstate Rehabilitation Center.

Minnesota Dept. of Jobs and Training, Richard H. Rhode, St. Paul, for Minnesota Dept. of Jobs and Training/DRS.

Dan Kelly, St. Paul, for Special Compensation Fund.

MacKenzie & Hallberg, P.A., Randal W. LeNeave, Minneapolis, for John R. Stein.

Cousineau, McGuire & Anderson, Chartered, Mark A. Kleinschmidt, Minneapolis, for Johnson Block & Ready Mix.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decisions of the Workers' Compensation Court of Appeals in the above-entitled cases, filed May 20, 1992 and September 3, 1992, respectively, be, and the same are, affirmed without opinion. *See Patrin v. Progressive Rehab Options*, 497 N.W.2d 246 (Minn. 1993) (filed herewith).

Respondent Scott W. Haus and respondent John Stein are each entitled to attorney fees in the amount of $400.

PAGE, J., took no part in the consideration or decision of this case.